# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| FRANKIE JOE BROWN, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Case No. CIV-25-202-D |
| | ) | |
| EL RENO INSTITUTION, | ) | |
| | ) | |
| Respondent. | ) | |

## ORDER

Upon review of the file and noting no timely objection to the findings and recommendations of United States Magistrate Judge Shon T. Erwin pursuant to 28 U.S.C. § 636(b)(1), the Court adopts the Report and Recommendation [Doc. No. 5], in its entirety.

For the reasons stated therein, Petitioner's Motion for Leave to Proceed *in forma pauperis* [Doc. No. 2] is **DENIED**. If Petitioner's filing fee is not received by the Clerk of the Court on or before March 31, 2025, this action will be dismissed without prejudice.

**IT IS SO ORDERED** this 11th day of March, 2025.

TIMOTHY D. DeGIUSTI
Chief United States District Judge